IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM A. WHITE, )
#13888-084, )
 )
        **Plaintiff,** )
 )
vs. ) Case No. 16-cv-00968-JPG
 )
UNITED STATES OF AMERICA )
 )
        **Defendant.** )

# JUDGMENT

**GILBERT, District Judge:**

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED** on the merits **with prejudice** as to Counts 1-2, 4-8, and 13 to the extent that the relevant agency for purposes of exhaustion is an agency other than the US Marshals Service. The action is dismissed without prejudice as to all Counts for failure to exhaust, but Plaintiff must file a new suit after he exhausts his administrative remedies to pursue those claims. The parties shall bear their own costs.

**DATED**: August 10, 2017

                                            JUSTINE FLANAGAN, ACTING CLERK

                                            By: s/*Tammy McMannis*
                                                Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
                J. PHIL GILBERT
                United States District Judge